**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Caliber 1 Construction, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101113 | $4,683.95 | 2/23/2023 | 02162023 | 2/16/2023 | $4,683.95 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101104 | $158,773.20 | 2/13/2023 | 3133-21-05 | 6/30/2022 | $158,773.20 |
| **Totals:** | | **2 transfer(s),** | **$163,457.15** | | | | |